UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Monica Outlaw, et al. v. Bayer HealthCare Pharmaceuticals, Inc., et al*     No. 3:11-cv-12954-DRH-PMF

### ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

This matter is before the Court on the Bayer Defendants motion for an Order dismissing plaintiff Cheryl Harden's claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2). The Bayer defendants filed this motion on June 22, 2012. To date, plaintiff Cheryl Harden has not filed a responsive pleading.

On May 31, 2012, the Court granted a motion to withdraw filed by the plaintiff's counsel with regard to plaintiff Cheryl Harden (Doc. 12). The Order provided that, "[i]f plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiffs' actions will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the Orders of this Court including failure to comply with the Plaintiff Fact Sheet requirements." To date, and in violation of the Order and Local Rule 83.1(g), plaintiff Cheryl Harden has not filed a supplementary appearance.

Plaintiff must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). In addition, Ms. Harden's delay has prejudiced the Bayer defendants. Ms. Harden's Plaintiff Fact Sheet was due on or before March 10, 2012 and the Bayer defendants have already extended that deadline twice (until April 29, 2012).[1] To date, and in violation of CMO 12, Ms. Harden has not served a fact sheet.

Accordingly, for the reasons stated herein, the claims of plaintiff Harden are hereby dismissed without prejudice.

**So Ordered:**

Digitally signed by David R. Herndon
Date: 2012.08.21 16:42:40 -05'00'

**Chief Judge**  **Date: August 21, 2012**
**United States District Court**

---

[1] Bayer answered the complaint on January 25, 2012 (Doc. 8).