UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Monica Outlaw, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12954-DRH |
| *Angela Adrien, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11118-DRH |
| *Christina Craig, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10531-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations entered to date, the above captioned matters are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.28
14:15:31 -05'00'

APPROVED:
     DISTRICT JUDGE
     U. S. DISTRICT COURT